## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **ANGELA SPRADLEY** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:15-cv-** |
| | ) | |
| **CREDENCE RESOURCE** | ) | |
| **MANAGEMENT, LLC** | ) | |
| Defendant, | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I.      INTRODUCTION

1.  This is an action for actual and statutory damages brought by plaintiff Angela Spradley, an individual consumer, against Defendant's violations of the law, including, but not limited to, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (hereinafter ''FDCPA'') which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices; by this Defendant and its agents in their illegal efforts to try to collect an alleged debt from Plaintiff.

1

## II.   JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before, "[A]ny appropriate United States district court without regard to the amount in controversy," and also under 28 U.S.C. § 1337.

3.  Venue in this District is proper pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred here.  Since Defendant transacts business here, personal jurisdiction is established.

## III.   PARTIES

4.  Plaintiff, Angela Spradley is a consumer, as that term is defined by 15 U.S.C. § 1692a(3), as well as a natural person allegedly obligated to pay any debt, residing in DeKalb County, in the state of Georgia.

5.  Defendant, Credence Resource Management, LLC is a collection agency and domestic corporation engaged in the business of collecting debt in this

state with its principal place of business located in <u>Gwinnett County</u>, in the state of <u>Georgia</u>.

6.  Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business, the principal purpose of which being the collection of debts.  Defendant is engaged in the collection of debts from consumers using the mail, electronic mail, facsimile, and telephone, and regularly collects or attempts to collect, directly or indirectly, debts owed or due or alleged to be owed or due another, being a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7.  At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## IV.   FACTUAL ALLEGATIONS

8.  Sometime before April 23, 2015, Plaintiff allegedly incurred a financial obligation that was primarily for personal, family, or household purposes

and is therefore a 'debt', as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

9.  Upon information and belief, at some point the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

10.  The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment, as, again, defined by the FDCPA, 15 U.S.C. § 1692a(5).

11.  Defendant then, within one year prior to the filing of this complaint, began contacting Plaintiff, prior to April 23, 2015; seeking and demanding payment for an alleged consumer debt owed under an account number.

12.  Sometime before 2015, Plaintiff began telling Defendant to cease calling her.  Then, within one year prior to the filing of this complaint,

Defendant continued to call Plaintiff, even though it knew it would annoy and harass Plaintiff.  These calls by Defendant were "communications", as defined by 15 U.S.C. § 1692a(2), and the conduct by Defendant was in violation of the FDCPA, including but not limited to 15 U.S.C. §§1692c(a)(1); §1692d; and §1692f.

## V.   CAUSES OF ACTION

### CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS

13.  Plaintiff repeats, realleges, and incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14.  The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the provisions of the FDCPA, 15 U.S.C. § 1692 et seq., cited above, with respect to Plaintiff.

15. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

16.  As a result of the foregoing violations of the FDCPA, Defendant is

liable to the Plaintiff for actual damages pursuant to 15 U.S.C. §

1692k(a)(1), statutory damages in an amount up to $1000.00 pursuant to 15

U.S.C. § 1692k(a)(2)(A), and reasonable costs and attorney fees pursuant to

15 U.S.C. § 1692k(a)(3), from Defendant herein.


## VI.    PRAYER FOR RELIEF


**WHEREFORE**, Plaintiff respectfully requests that judgment be entered

against Defendant for the following:


A. Actual damages from Defendant pursuant to 15 U.S.C. § 1692k(a)(1) for

the emotional distress suffered as a result of the intentional and/or negligent

FDCPA violations; in amounts to be determined at trial and for Plaintiff.


B. Statutory damages of $1,000.00 from Defendant pursuant to 15 U.S.C. §

1692k(a)(2)(A).


C. Punitive damages.

D. Costs and reasonable attorney fees from Defendant and for Plaintiff

pursuant to both 15 U.S.C. § 1692k(a)(3).


E. For such other and further relief as the Court may deem just and proper.


Dated:   April 24, 2015          RESPECTFULLY SUBMITTED,
                                 By: /s/ Dennis R. Kurz
                                 Dennis R. Kurz, Esq.
                                 Georgia Bar No.:  430489
                                 Kurz Law Group, LLC
                                 1934-B North Druid Hills Road, NE
                                 Suite 211
                                 Atlanta, GA 30319
                                 Phone: (404) 315-9936
                                 Fax: (404) 636-5418
                                 dennis@kurzlawgroup.com
                                 **Attorney for Plaintiff Angela Spradley**


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1


The undersigned hereby certifies that the foregoing document has

been prepared in accordance with the font type and margin requirements of

Local Rule 5.1 of the Northern District of Georgia, using a font type of Time

New Roman and a point size of 14.

Dated:  April 24, 2015       RESPECTFULLY SUBMITTED,

By: /s/ Dennis R. Kurz

Dennis R. Kurz, Esq.

Georgia Bar No.:  430489

Kurz Law Group, LLC

1934-B North Druid Hills Road, NE

Suite 211

Atlanta, GA 30319

Phone: (404) 315-9936

Fax: (404) 636-5418

dennis@kurzlawgroup.com

**Attorney for Plaintiff Angela Spradley**